# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHARISE M. PASCHALL,

                Plaintiff,                              21 **CIVIL** 2315 (AT)(JLC)

       -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 21, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Plaintiff will be afforded the opportunity for a new hearing.

**Dated:**  New York, New York
            July 22, 2021

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                  **BY:**      K. Mango

                                                            **Deputy Clerk**